

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:     *

Daniel R. Moxley, Inc.     *     Case No. 09-23016
   (Chapter 11)
   Debtor.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT ORDER ALLOWING CLAIM OF RICHARD F. KLINE, INC.
**(Claim No. 56)**

UPON consideration of the Debtor's First Omnibus Objections to Claims Under 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 (the "Objection") (document no. 259); the Opposition by Richard F. Kline, Inc. ("Claimant") to the Objection (document no. 266); and the consent of the Debtor and Claimant to the terms and conditions of this Consent Order, and for other good cause shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Objection be, and it is hereby, OVERRULED; and it is further

ORDERED, that Claimant be, and it is hereby, ALLOWED a general unsecured claim against this estate in the amount of $ $24,936.23.

**CONSENT CERTIFICATION**

   I HEREBY CERTIFY That the terms of the copy of this Consent Order submitted to the Court are identical to those set forth in the original Consent Order, and the signatures represented by the /s/_____ on this copy have been authorized and reference the signatures of the consenting parties on the original Consent Order.

                */s/ Ronald J. Drescher*
                Ronald J. Drescher


**End of Order**

AGREED AND ACCEPTED:

*/s/Ronald J. Drescher*
Ronald Drescher Federal Bar No. 08312
Drescher & Associates, P.A.
4 Reservoir Circle
Suite 107
Baltimore, MD 21208
(410) 484-9000

Counsel for Daniel R. Moxley, Inc.


*/s/ Diana M. Schobel*
Diana M. Schobel, Federal Bar No. 26519
115 North Market Street
Frederick, Maryland 21701
 (301) 668-7575
dschobel@lesliepowell-law.com

Counsel for Richard F. Kline, Inc.




cc:

Ronald J. Drescher
Drescher & Associates, P.A.

2

4 Reservoir Circle
Suite 107
Baltimore, MD 21208

Diana M. Schobel
115 North Market Street
Frederick, Maryland 21701