IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| Daniel R. Moxley, Inc. | * | Case No. 09-23016 |
| | | (Chapter 11) |
| Debtor. | * | |

* * * * * * * * * * * * *

## MOTION FOR FINAL DECREE

Daniel R. Moxley, Inc., debtor herein (the "Debtor"), by its undersigned counsel, hereby files this Final Report and Motion for Final Decree Under 11 U.S.C. § 350(a), 1106(a)(7) and 1107(a) and Fed. R. Bankr. P. 3022, and, in support thereof, state as follows:

1. On July 17, 2009 (the "Petition Date"), the Debtor commenced a case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On December 6, 2010, this Court entered an Order confirming the Debtor's Plan of Liquidation (the "Plan") dated June 23, 2010. Under the Plan, creditors are to be paid *pro rata* from funds on hand pursuant to the statutory priorities established in the Bankruptcy Code and other applicable law.

3. The estate has received money for disbursement for a number of sources. After payment of secured claims, expenses and commissions, net proceeds of the sale were $785,749.34, which were paid over to Steven Greenfeld, counsel for the creditors' committee. Other sources of funds were collection of accounts receivable and other business funds. From these items, another $38,000 was sent to Mr. Greenfeld. Mr. Greenfeld has made a final distribution to creditors as indicated on the attached Exhibit. $149,393.98 was paid to priority claims and $672,870.41 was paid to general unsecured creditors for a total distribution of

approximately 43.58%. The Debtor believes that the attached exhibit substantially complies with Local Bankruptcy Form N-1.

    4.   Local Rule 3022-1 provides as follows:

Completion Of The Administration Of Confirmed Chapter 11 Plans
 (a) Fully Administered Plan. A Chapter 11 plan will be deemed fully administered under Federal Bankruptcy Rule 3022:
(1) after the completion of the following:
(A) six (6) months have elapsed after the entry of a final order of confirmation that has become nonappealable;
(B) the deposits required by the plan have been distributed;
(C) the property proposed by the plan to be transferred has been transferred;
(D) the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan;
(E) payments under the plan have commenced; and
(F) all motions, contested matters, and adversary proceedings have been finally resolved.

    5.   At this time, all of the assets of the estate have been administered pursuant to the certificate of Daniel R. Moxley attached hereto. The Debtor believes that all of the other requirements of Local Rule 3022-1 have been met.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order:

    a.   Entering a final decree and closing this Chapter 11 case; and

    b.   Granting such other and further relief as may be just.

/s/_____
RONALD J. DRESCHER
Drescher & Associates, P.A.
4 Reservoir Circle, Suite 107
Baltimore, MD 21207
(410) 484-9000
Counsel for the Debtor

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 3rd day of October, 2012 I caused a copy of the foregoing document to be served via the Court's ecf system and to be mailed, postage prepaid, to the persons on the attached service list.

/s/ _____
RONALD J. DRESCHER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 09-23016<br>District of Maryland<br>Greenbelt<br>Wed Oct  3 09:55:09 EDT 2012 | Comptroller of Maryland<br>Compliance Division--Room 410<br>c/o Kimberly B. Stephens, Esq.<br>301 W. Preston St.<br>Baltimore, MD 21201-2305 | Concrete General, Inc.<br>8000 Beechcraft Avenue<br>Gaithersburg, MD 20879-1589 |
| County of Frederick<br>Treasurer of Frederick County<br>Lori L. Decker, Director<br>30 North Market Street<br>Frederick, MD 21701-5420 | Damascus Community Bank<br>c/o Jeffrey M. Orenstein<br>Goren, Wolff & Orenstein, LLC<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, MD 20850-7203 | Daniel R. Moxley, Inc.<br>1557-A Tilco Drive<br>Frederick, MD 21704-6659 |
| Financial Federal Credit Inc.<br>733 Third Avenue<br>24th Floor<br>New York, NY 10017-3222 | GMAC<br>c/o Gilbert L. Sussman, Esquire<br>Korn and Sussman, Chartered<br>11820 Parklawn Drive, Suite 520<br>Rockville, MD 20852-2546 | Quarles Petroleum, Incorporated<br>c/o Thomas J. McKee, Jr.<br>Williams Mullen, P.C.<br>8270 Greensboro Drive, Suite 700<br>McLean, VA 22102-3835 |
| State of MD, DLLR<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 | SunTrust Bank<br>c/o Amy K. Kline, Esquire<br>35 Franklin Boulevard<br>Reisterstown, MD 21136-3250 | TMCC<br>Press, Potter & Dozier, LLC<br>c/o Fredric A. Press<br>7910 Woodmont Avenue<br>Suite 1350<br>Bethesda, MD 20814-7069 |
| Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | US Trustee - Greenbelt 11<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | Vulcan Construction Materials, LP<br>4491 North Patterson Avenue<br>Winston Salem, NC 27105 |
| Advance Business Systems<br>10755 York Road<br>Cockeysville, MD 21030-2147 | Aggregate Industries<br>6401 Golden Triangle Drive<br>Suite 400<br>Greenbelt, MD 20770 | Alban Tractor Co., Inc.<br>POB 9595<br>Baitimore MD 21237-0595 |
| Alfredo Trucking, Inc.<br>7202 Montevideo Road<br>Jessup, MD 20794-9312 | Allied Interstate<br>12655 N Central Expressway<br>No. 650<br>Dallas TX 75243-3723 | Alternator, Starter Rebuilders, Inc.<br>450 South Burhans Blvd.<br>Hagerstown, MD 21740-5341 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Arundel Fuel Injection Corp.<br>507 B Shaw Court Hwy. P.O.Box 937<br>Severn, MD 21144-0937 |
| Automotive Industrial<br>1103 East Patrick St.<br>Frederick, MD 21701-3199 | Baldwin Line Construction of Md, Inc.<br>6365 Howard Lane<br>Elkridge, MD 21075-5602 | Baltimore Mack Trucks, Inc.<br>P.O.Box 70<br>Linthicum, MD 21090-0070 |
| Battery One<br>1101 C Virginia Ave.<br>Hagerstown, MD 21740-7271 | Bradley Concrete, Inc.<br>8145 Crest Road<br>Laurel, MD 20723-1035 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |

| | | |
|---|---|---|
| Brandenburg Electric, Inc.<br>700 N. East Street<br>Frederick, MD 21701-5239 | Brickstreet Mutual Insurance Company<br>400 Quarrier Street<br>Charleston, WV 25301-2010 | Brunswick Excavating<br>4619 Wedgewood Blvd.<br>Frederick, MD 21703-7120 |
| Bumper to Bumper<br>331 Baltimore Pike<br>Bel Aire, MD 21014-4122 | C. J. Miller, LLC<br>Attn: Anthony Diferdinando, Jr.<br>3514 Basler Rd.<br>Hampstead, MD 21074-1299 | CNH Captial<br>PO Box 3038<br>Evansville, IN 47730-3038 |
| Carefirst Bluecross Blueshield<br>P.O.Box 79749<br>Baltimore, MD 21279-0749 | Carrol Land Services, Inc.<br>439 East Main Street<br>Westminster, MD 21157-5539 | Cintas First Aid<br>10611-K Iron Bridge Road<br>Jessup MD 20794-9497 |
| Citizens Automobile<br>P.O. Box 42113<br>Providence, RI 02940-2113 | Colliflower, Inc.<br>9320 Pulaski Highway<br>Baltimore, MD 21220-2418 | Commputercations<br>5712-C Industry Lane<br>Frederick, MD 21704-5218 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Cumberland Truck Equipment Co.<br>25 Roadway Drive<br>Carlisle, PA 17015-8811 | Damascus Community Bank<br>26500 Ridge Road<br>Damascus, MD 20872-1915 |
| Damascus Motor Co.<br>26100 Woodfield Rd.<br>Damascus, MD 20872-2081 | Delaware Division of Revenue<br>State of Delaware Division of Revenue<br>820 North french St - 8th Floor<br>Wilmington, DE 19801-3509 | Donald B. Rice Tire Co.<br>909 East St.<br>Frederick, MD 21701-4695 |
| Drawing Board Plus<br>928 East Street<br>Frederick, MD 21701-4622 | Duralene<br>4405 E. Baltimore Street<br>Baltimore, MD 21224-1701 | E. Stewart Mitchell<br>P.O.Box 2799<br>Baltimore, MD 21225-0799 |
| Ehrlich<br>20 Hump Road<br>Hagerstown, MD 21740-5100 | Elliot & Frantz, Inc.<br>450 E. Church Road<br>King Of Prussia, PA 19406-2625 | Elliot & Frantz, Inc.<br>P.O.Box 8500-50075<br>Philadelphia, PA 19178-0075 |
| Engineering Graphics, Inc.<br>9148 Gaither Road<br>Gaithersburg, MD 20877-1422 | F. L. Cooke & Sons, Inc.<br>P.O.Box 2178<br>Westminster, MD 21158-7178 | F.O.Day Bituminous Co., LLC<br>850 East Gude Drive, Suite A<br>Rockville, MD 20850-1387 |
| Fed Ex<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | Fedex Customer Information Services<br>Attn: Revenue Recovery/Bankrutpcy<br>3965 Airways Blvd.<br>Module G., 3rd Floor<br>Memphis TN 38116-5017 | Fenwick Inn<br>13801 Coastal Highway<br>Ocean City, MD 21842-4499 |

| | | |
|---|---|---|
| Ferguson Enterprises, Inc.<br>P.O.Box 644054<br>Pittsburgh, PA 15264-4054 | Financial Federal Credit<br>P.O. Box 201146<br>Houston, TX 77216-1146 | Financial Federal Credit Inc.<br>730 Third Avenue, 23rd Floor<br>New York, NY 10017-3235 |
| Financial Federal Credit, Inc.<br>300 Frank W. Burr Blvd.<br>Teaneck, NJ 07666-6710 | Frederick Asphalt Co., LLC<br>850 East Gude Drive, Suite A<br>Rockville, MD 20850-1387 | Frederick Brick Works, Inc.<br>1731 Monocacy Blvd.<br>Frederick, MD 21701-4704 |
| GE Capital<br>P.O. Box 6229<br>Carol Stream, IL 60197-6229 | GETSCo, Inc.<br>10791 Finch Ave. East P.O.Box 159<br>Middlesex, NC 27557-0159 | GMAC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| GMAC<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | GMAC/Legal Dept.<br>5700 Tennyson Pkwy, Ste 600<br>Plano, TX 75024-3586 | GTS-Welco<br>1213 East Street<br>Frederick, MD 21701-4624 |
| Grainger<br>Department 853514115<br>Palatine, IL 60038-0001 | Grimes Truck Center<br>8016 Reichs Ford Rd.<br>Frederick, MD 21704-6643 | Groff Tractor & Equipment, Inc.<br>CNH Capital P.O.Box 1083<br>Evansville, IN 47706-1083 |
| Group Hospitalizationn and Medical Services<br>dba Carefirst Blucross/blueshield<br>840 1st Street NE<br>Mail Stop DC 12-08<br>Washington, DC 20065-0003 | H. B. Duvall, Inc.<br>901 East Patrick Street, P.O.Box 70<br>Frederick, MD 21705-0070 | Hagerstown Automotive, Inc.<br>71 W. Lee Street<br>Hagerstown, MD 21740-6090 |
| Hartford Financial Services Co.<br>One Hartford Plaza<br>Hartford, CT 06155-0001 | Hartford Life Insurance Companies<br>Retirement Plan Solutions P.O.Box 1583<br>Hartford, CT 06144-1583 | Hartford Specialty Company<br>c/o Hartford Fire Ins. Co.<br>Bankruptcy Unit T-1-55<br>Hartford Plaza<br>Hartford CT 06115 |
| Hertzbach & Company, PA<br>800 Red Brook Blvd. Suite 300<br>Owings Mill, MD 21117-5188 | Hi-Line<br>Corporate Office P.O.Box 814844<br>Dallas, TX 75381-4844 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JB Industries, Inc.<br>11644 Nicholson Road<br>Keymar, MD 21757-6500 | Joe's Upholstery<br>1003 East Patrick Street<br>Frederick, MD 21701-3119 | John Deere Credit<br>P.O Box 6600<br>Johnston, IA 50131-6600 |
| L.S. Lee, Inc.<br>152 South Sumner Street P.O.Box 1547<br>York, PA 17405-1547 | L/B Water Service, Inc.<br>540 South High Street<br>POB 60<br>Selinsgrove PA 17870-0060 | Laurel Sand and Gravel, Inc.<br>T/A S.W. Barrick and Sons<br>POB 1504<br>Laurel MD 20725-1504 |

| | | |
|---|---|---|
| Leon W. Bromley<br>Interim Committee Chairperson<br>Rommel Engineering & Construction<br>1177 Patuxent Road<br>Odenton, MD 21113-2219 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Liebherr Construction Equipment Co.<br>4100 Chestnut Ave.<br>Newsport News, VA 23607-2420 |
| Lowe's<br>P.O.Box 105980 Department 79<br>Atlanta, GA 30353-5980 | M & T Bank<br>Baltimore, MD 21264-0001 | M & T Bank, N.A.<br>P.O.Box 62120<br>Baltimore, MD 21264-2120 |
| Maryland Dept. of Labor, Licensing and Regul<br>Office of Unemployment Insurance<br>1100 North Eutaw Street, Room 401<br>Baltimore MD 21201-2201 | McHenry Equipment<br>100D Bucheimer Road<br>Frederick, MD 21701-3164 | McHenry Small Engine<br>P.O.Box 683<br>Frederick, MD 21705-0683 |
| Midlantic Machinery, Inc.<br>P.O.Box 8500-41125<br>Philadeplhia, PA 19178-1125 | Midlantic Marking, Inc.<br>P.O.Box 7997<br>Gaithersburg, MD 20898-7997 | Moor Disposal Service<br>P.O.Box 644<br>Rehoboth, DE 19971-0644 |
| National Capital Industries<br>P.O.Box 287<br>Bladensburg, MD 20710-0287 | National Registered Agents, Inc.<br>P.O.Box 927<br>West Windsor, NJ 08550-0927 | PEP-UP, Inc.<br>P.O.Box 556<br>Georgetown, DE 19947-0556 |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh PA 15222-4747 | PNC Bank<br>P.O. Box 747066<br>Pittsburgh, PA 15274-7066 | (p)PACCAR FINANCIAL CORP<br>P O BOX 1518<br>BELLEVUE WA 98009-1518 |
| Patuxent Materials, Inc.<br>c/o Douglas H. Seitz, Esq.<br>Offit Kurman, P.A.<br>8 Park Center Court, Suite 200<br>Owings Mills, MD 21117-5616 | Pitney Bowes<br>P.O.Box 856390<br>Louisville, KY 40285-6390 | Pitney Bowes Global Financial Services<br>27 Waterview Drive<br>Shelton, CT 06484-4301 |
| Quality Fence Co.<br>3716 Basford Road<br>Frederick, MD 21703-7828 | Quarles<br>P.O.Box 7327<br>Fredericksburg, VA 22404-7327 | Reliable Contracting Company, Inc.<br>1 Church View Road<br>Millersville, MD 21108-2299 |
| Rentals Unlimited, Inc.<br>P.O.Box 600<br>Clarksburg, MD 20871-0600 | Richard F. Kline, Inc.<br>Frederick, MD 21705 | Richard F. Kline, Inc.<br>P.O.Box 665<br>Frederick, MD 21705-0665 |
| Roadtec, Inc.<br>P.O.Box 934294<br>Atlanta, GA 31193-4294 | Roaring Spring Water<br>P.O.Box 4897<br>Gettysburg, PA 17325-4897 | Rommel Engineering & Construction<br>P.O.Box P<br>Fruitland, MD 21826-0330 |

| | | |
|---|---|---|
| Safety-Kleen Systems, Inc.<br>5360 Legacy Drive<br>Plano, TX 75024-3132 | Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Standard Equipment<br>21222 Dunk Freeland Rd<br>Parkton, MD 21120-8908 | Standard Equipment Company<br>5399 Agro Drive<br>Frederick, MD 21703-7963 | Standard Supplies<br>4 Meem Ave.<br>Gaithersburg, MD 20877-2116 |
| State of Delaware<br>Division of Revenue<br>820 North French Street<br>8th Floor<br>Wilmington, DE 19801-3509 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 | SunTrust<br>P.O. Box 791144<br>Baltimore, MD 21279-1144 |
| Suntrust Bank<br>ATTN: Support Service<br>P.O. Box 85092<br>Richmond, VA 23285-5092 | Suntrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | Tele-Plus Corporation<br>916 Eldridge Drive<br>Hagerstown MD 21740-6842 |
| The Jabitco Group<br>5712 Industry Lane, Suite C<br>Frederick, MD 21704-5218 | Tipco Technologies, Inc.<br>11412 Cronhill Drive<br>Owings Mills, MD 21117-2221 | Treasurer of<br>Frederick County<br>30 North Market Street<br>Frederick, MD  21701-5420 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201-3119 | Unum Life Insurance Company of America<br>2211 Congress Street, C-495<br>Portland, ME 04122-0003 | Valley National Gases<br>P.O.Box 6378<br>Wheeling, WV 26003-0615 |
| Verizon Wireless<br>Post Office Box 25505<br>Leigh Valley, PA 18002-5505 | Von Eiff Oil<br>13656 Unionville Road<br>Mt. Airy, MD 21771-9617 | Vulcan<br>P.O.Box 75219<br>Charlotte, NC 28275-0219 |
| Woodmac Incorporated<br>8061 Cessna Avenue<br>Gaithersburg, MD 20879-4118 | Wright Express<br>Financial Services<br>POB 639<br>Portland ME 04104-0639 | Charles V. Lewis<br>J.G. Cochran Auctioneers & Associates<br>7704 Mapleville Road<br>Boonsboro, MD 21713-2143 |
| Daniel Ray Moxley<br>5475 Raven Rock Park Road<br>Sabillasville, MD 21780-9114 | Deborah Oland Moxley<br>5475 Raven Rock Park Road<br>Sabillasville, MD 21780-9114 | Financial Federal Credit Inc.<br>502 Washington Avenue<br>8th Floor<br>Towson, Md 21204-4516 |
| Ira L. Sperling<br>Hertzbac & Company, P.A.<br>Red Brook Boulevard<br>Suite 300<br>Owings Mills, MD 21117-5144 | Ronald J Drescher<br>Drescher & Associates<br>4 Reservoir Circle<br>Suite 107<br>Baltimore, MD 21208-6360 | Stephen K. Carper<br>Clapp and Carper LLC<br>One West Church Street<br>2nd Floor<br>Frederick, MD 21701-5992 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | Lexus Financial<br>P.O.Box 371339<br>Pittsburgh, MD 15250 |
| Paccar Financial Corp.<br>240 Gibraltar Rd.<br>Suite 120<br>Horsham, PA 19044 | Sprint Nextel  Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | (d)Sprint Nextel Distribution<br>Attn: Bankruptcy Dept<br>P.O. Box 3326<br>Englewood, CO 80155-3326 |
| (d)Toyota Motor Credit Corporation<br>500 Redbrook Blvd.<br>Owings Mills, MD 21117 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)GMAC INC.<br>c/o Gilbert L. Sussman, Esquire<br>Korn and Sussman, Chartered<br>11820 Parklawn Drive, Suite 520<br>Rockville, MD 20852-2546 | (u)Official Committee of Unsecured Creditors | (u)Richard F. Kline |
| (u)CitiCapital Commercial Corp.<br>Invalid Address Provided | (d)Concrete General<br>8000 Beechcraft Ave.<br>Gaithersburg, MD 20879-1589 | (u)Lafarge<br>Invalid Address Provided |
| (u)Liberty Mutual Group<br>INVALID ADDRESS PROVIDED | (u)Quarles Petroleum, Inc.<br>t/a AFN<br>Attn: Vivian Hoang, CR. Dept.<br>INVALID ADDRESS PROVIDED | (u)The CIT Group/Equipment Financing, Inc.<br>Invalid Address Provided |
| (d)Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | End of Label Matrix<br>Mailable recipients   149<br>Bypassed recipients    10<br>Total                 159 | |