

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                     *

Daniel R. Moxley, Inc.                     *        Case No. 09-23016
                                                    (Chapter 11)

               Debtor.                     *

*     *     *     *     *     *     *     *     *     *     *     *     *

### FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

UPON consideration of the **CHAPTER 11 MOTION FOR FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE OF DANIEL R. MOXLEY, INC.** (the "Motion"), and any opposition to the Motion, and it appearing that notice of the Motion has been duly served and it further appearing that Daniel R. Moxley, Inc., has complied with the applicable provisions of Local Rule 3022-1, and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that a Final Decree in this Chapter 11 case be, and it is hereby, ENTERED; and it is further

ORDERED, that this Chapter 11 case be, and it is hereby, CLOSED.

***End of Order***

cc:

All parties in interest